No. 86–1119.   DRAYTON ET AL., AS ESCROW AGENTS OF THE DELAWARE & BOUND BROOK RAILROAD CO. v. UNITED STATES. C. A. 3d Cir.   Certiorari denied.

No. 86–1149.   CUNNINGHAM ET UX. v. UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 86–1220.   DELAWARE & HUDSON RAILWAY CO. v. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES.   C. A. 1st Cir. Certiorari denied.

No. 86–1224.   PION v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.   Certiorari denied.

No. 86–1281.   QUME CORP. v. UNITED STATES INTERNATIONAL TRADE COMMISSION ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1327.   MEDALLION KITCHENS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–1364.   FERRE v. FLORIDA EX REL. RENO, STATE ATTORNEY FOR THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA. Sup. Ct. Fla.   Certiorari denied.

No. 86–1433.   ESTATE OF LARKINS, BY HIS ADMINISTRATRIX, LARKINS v. FARRELL LINES, INC.   C. A. 4th Cir.   Certiorari denied.

No. 86–1438.   DENNIS v. UNITED STATES;
No. 86–6209.   COHEN v. UNITED STATES;
No. 86–6336.   HURLEY v. UNITED STATES; and
No. 86–6544.   JENNINGS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 786 F. 2d 1029 and 804 F. 2d 1208.

No. 86–1450.   PALANDJIAN v. PAHLAVI.   C. A. 1st Cir.   Certiorari denied.

No. 86–1469.   ALABAMA v. GEESLIN.   Ct. Crim. App. Ala. Certiorari denied.

No. 86–1473.   WILSON, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILSON, AND AS GUARD-